UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITY WATCH ALERT TEAM, LLC, </br></br>  Plaintiff, </br></br> v. </br></br> STATE OF INDIANA, CURTIS T. HILL, JR., in his official capacity as Indiana Attorney General, OFFICE OF THE INDIANA ATTORNEY GENERAL, DEREK R. PETERSON, ED HUTCHISON, </br></br>  Defendants. | CASE NO. 1:17-cv-00003-SEB-MPB |

## MOTION TO DISMISS

Defendants, the State of Indiana, Curtis T. Hill, Jr., and the Office of the Indiana Attorney General, by counsel, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), move the Court to dismiss this lawsuit against them. In support thereof, these defendants state the following:

1. Defendants are not "persons" subject to suit pursuant to 42 U.S.C. § 1983, and Plaintiff has failed to state a claim against them in their individual capacities.

2. Defendants are entitled to Eleventh Amendment immunity to the claims for damages brought pursuant to 42 U.S.C. § 1983.

3. Defendants are entitled to absolute immunity as their actions were taken pursuant to their scope of authority.

4. Plaintiff lacks standing to seek equitable relief from Defendants.

5. Plaintiff's state law claims are barred by the Indiana Tort Claims Act and if not barred, Defendants are entitled to have state tort claims heard in an Indiana State Court.

6. Defendants have simultaneously filed and incorporate herein a brief in support of their motion to dismiss.

WHEREFORE, the State of Indiana, Curtis T. Hill, Jr., and the Office of the Indiana Attorney General respectfully request that the Court grant their motion to dismiss and grant all other just and proper relief.

          Respectfully Submitted,

          CURTIS T. HILL, JR.,
          Attorney General of Indiana
          Attorney No.: 13999-20

By:   *s/ Winston Lin*
      Winston Lin
      Deputy Attorney General
      Attorney No. 29997-53

## CERTIFICATE OF SERVICE

I certify that on July 17, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

Thomas B. O'Farrell
ecf@mcclureofarrell.net

*s/ Winston Lin*
Winston Lin
Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-5365
Facsimile: (317) 232-7979
E-mail: winston.lin@atg.in.gov