UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITY WATCH ALERT TEAM, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CURTIS T. HILL, JR., )<br>in his official capacity as Indiana )<br>Attorney General, )<br>DEREK R. PETERSON, )<br>ED HUTCHISON, )<br>)<br>Defendants. ) | CASE NO. 1:17-cv-00003-SEB-MPB |

## ANSWER AND STATEMENT OF DEFENSES

Defendant, Curtis T. Hill, Jr., in his official capacity as the Attorney General of Indiana, by counsel, for his answer to Plaintiff's First Amended Complaint, states as follows:

1. No response is required as paragraph 1 of the Complaint does not contain any allegations. To the extent that allegations exist, Defendant denies them.

### NATURE OF ACTION AND JURISDICTION

2. No response is required as paragraph 2 of the Complaint does not contain any allegations. To the extent that allegations exist, Defendant denies them.

3. Defendant denies the allegations contained in paragraph 3 of the Complaint.

4. Defendant denies the allegations contained in paragraph 4 of the Complaint.

5. Defendant admits venue but denies the remaining allegations contained in paragraph 5 of the Complaint.

## PARTIES

6. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 6 of the Complaint.

7. Admitted.

8. Defendant admits that Derek R. Peterson and Ed Hutchison were employees of the Office of the Indiana Attorney General, but is without sufficient information to admit or deny the remaining allegations contained in paragraph 8 of the Complaint.

9. Defendant denies the allegations contained in paragraph 9 of the Complaint.

10. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 10 of the Complaint.

11. Defendant denies the allegations in paragraph 11 of the Complaint.

## FACTS

12. Defendant is without sufficient information to admit or deny the allegations contained in paragraph 12 of the Complaint.

13. Defendant admits that the Office of the Indiana Attorney General filed a Petition for Summary Suspension against Plaintiff before the Indiana Private Investigator and Security Guard Licensing Board (hereafter "Board") on or about January 6, 2015. To the extent that any allegations remain in paragraph 13 of the Complaint, Defendant denies them.

14. Defendant admits that a hearing was held before the Board on January 14, 2015. Defendant lacks sufficient information to admit or deny the remaining allegations in paragraph 14 of the Complaint.

15. Defendant admits that the Board suspended Plaintiff's license. Defendant lacks sufficient information to admit or deny the remaining allegations contained in paragraph 15 of the Complaint.

16. Defendant denies the allegations in paragraph 16 of the Complaint.

17. Defendant denies the allegations in paragraph 17 of the Complaint.

## COUNT ONE

18. The foregoing responses are incorporated as if re-alleged herein.

19. Defendant denies the allegations in paragraph 19 of the Complaint.

20. Defendant denies the allegations in paragraph 20 of the Complaint.

21. Defendant denies the allegations in paragraph 21 of the Complaint.

## COUNT TWO

22. The foregoing responses are incorporated as if re-alleged herein.

23. Defendant denies the allegations in paragraph 23 of the Complaint.

24. Defendant denies the allegations in paragraph 24 of the Complaint.

## COUNT THREE

25. The foregoing responses are incorporated as if re-alleged herein.

26. Defendant denies the allegations in paragraph 26 of the Complaint.

27. Defendant denies the allegations in paragraph 27 of the Complaint.

## COUNT FOUR

28. The foregoing responses are incorporated as if re-alleged herein.

29. Defendant denies the allegations in paragraph 29 of the Complaint.

30. Defendant denies the allegations in paragraph 30 of the Complaint.

Defendant denies all allegations not specifically admitted.

## STATEMENT OF DEFENSES

Without waiving any of the defenses set forth above, or any other defenses available at law or equity, for his defenses to the Complaint, Defendant states as follows:

1. Plaintiff lacks standing.

2. Plaintiff is not the real party in interest.

3. Plaintiff has contractually waived or ceded the right to sue Defendant regarding the allegations in the Complaint or is lawfully prohibited from doing so.

4. The Complaint fails to state a claim upon which relief can be granted.

5. The Complaint fails to state an actionable claim for relief under 42 U.S.C. § 1983.

6. Defendant as named in the Complaint is not a "person" subject to suit under 42 U.S.C. § 1983.

7. Defendant has Eleventh Amendment Immunity.

8. Defendant is absolutely immune from suit.

9. There is no ongoing constitutional violation, and Plaintiff is not entitled to relief under *Ex parte Young*.

10. Defendant is immune from all claims for damages because he has not violated clearly established rights of which a reasonable person would have known.

11. The Complaint is barred for failure to comply with the notice or procedural requirements of the Indiana Tort Claims Act.

12. Defendant is entitled to immunity under the Indiana Tort Claims Act.

13. Plaintiff has not properly established the foundation to sue Defendant pursuant to Indiana Code section 34-13-3-5.

14. Defendant was not the proximate cause of Plaintiff's damages, if any exist.

15. The cause of action herein is moot.

Defendant also gives notice that he intends to rely on such other defenses as may become available by law, or under statute, or that may become evident during the discovery proceedings of this case, and reserves the right to amend his answers and include any such defenses. Defendant may assert affirmative defenses at any time such defenses become apparent.

WHEREFORE, Defendant respectfully requests that Plaintiff take nothing by way of the Complaint; that judgment be entered in favor of Defendant and against Plaintiff; and that the Court grant Defendant all other relief that is just and proper.

    Respectfully Submitted,

    CURTIS T. HILL, JR.,
    Attorney General of Indiana
    Attorney No. 13999-20


By: *s/ Winston Lin*
    Winston Lin
    Deputy Attorney General
    Attorney No. 29997-53

## **CERTIFICATE OF SERVICE**

I certify that on December 18, 2017, the foregoing was filed with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

    Thomas B. O'Farrell
    ecf@mcclureofarrell.net

    *s/ Winston Lin*
    Winston Lin
    Deputy Attorney General

Office of the Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317) 234-5365
Facsimile: (317) 232-7979
E-mail: winston.lin@atg.in.gov