# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITY WATCH ALERT TEAM, LLC. | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CASE NO.  1:17-cv-00003-SEB-MPB |
| | ) |
| | ) |
| CURTIS T. HILL, JR.,<br>in his official capacity as Indiana<br>Attorney General,<br>DEREK R. PETERSON,<br>ED HUTCHISON, | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| **Defendants.** | ) |

## JOINT NOTICE OF MEDIATION

Plaintiff, Security Watch Alert Team, LLC., and Defendants, Curtis T. Hill Jr., in his official capacity as Indiana Attorney General, Derek R. Peterson and Ed Hutchison, by counsel, inform the Court that they have scheduled a private mediation for this matter. In accordance with Magistrate Judge's Entry on Plaintiff's Response to Show Cause Order, the parties will engage in mediation on September 20, 2018. Lorrie Ridder will serve as the mediator.

Respectfully Submitted,

CURTIS T. HILL, JR.,
Attorney General of Indiana
Attorney No.: 13999-20

By:    _s/ Mollie A. Slinker_
Mollie A. Slinker
Attorney No.:  34776-49
Office of Indiana Attorney General

1

Indiana Government Center South, 5th Fl.
302 W. Washington Street
Indianapolis, IN 46204
*Attorney for Defendants*

By:      _s/ Zachary J. Eichel_
Zachary J. Eichel
Attorney No.:  28895-49
EINTERZ & EINTERZ
4600 Northwest Plaza West Drive
Zionsville, Indiana 46077
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

Zachary Judson Eichel
zach@einterzlaw.com

Michael L. Einterz , Sr.
mike@einterzlaw.com


By:      *s/ Mollie A. Slinker*
         Mollie A. Slinker
         Deputy Attorney General


OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 233-0878
Fax:     (317) 232-7979
Email:   Mollie.Slinker@atg.in.gov