UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SECURITY WATCH ALERT TEAM, LLC. | ) )  )  ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO. 1:17-cv-00003-MPB-SEB ) ) |
| CURTIS T. HILL, JR., in his official capacity as Indiana Attorney General, DEREK R. PETERSON, ED HUTCHISON, | ) ) ) ) ) ) ) |
| Defendants. | ) |

**DEFENDANTS' FINAL WITNESS AND EXHIBIT LISTS**

Defendants, Curtis T. Hill Jr., in his official capacity as Indiana Attorney General, Derek R. Peterson and Ed Hutchison, by counsel, Mollie A. Slinker, Deputy Attorney General, pursuant to this Court's Order on Amended Case Management Plan, Dkt. 52 , states as follows:

**Witnesses**

1. Arthur Small, representative of Plaintiff, Security Watch Alert Team, LLC. Mr. Small will testify regarding the allegations in the First Amended Complaint as well as his involvement in Security Watch Alert Team, LLC.

2. Defendant, Derek R. Peterson. Mr. Peterson will testify as to his involvement as Deputy Attorney General throughout the administrative proceedings involving Security Watch Alert Team, LLC.

3. Defendant, Ed Hutchison. Mr. Hutchison will testify to his involvement as the investigator for the administrative proceedings involving Security Watch Alert Team, LLC.

4. Kenneth Heiny, former authorizer of Security Watch Alert Team, LLC. Mr. Heiny will testify as to his involvement in Security Watch Alert Team, LLC. and the underlying administrative proceedings.

5. Any individual listed on Plaintiff's Witness List.

6. Any individual that may be discovered as this case progresses.

7. Any individual(s) needed for purposes of authenticating any document or business record.

8. Any and all witnesses needed for impeachment and/or rebuttal purposes.

### Exhibits

1. The administrative record for In the Matter of the Security Guard Licenses of: Security Watch Alert Team, LLC. d/b/a MyPrivatePolice.com, Lic. No.: SG21300004, Cause No. PISG 15-01.

2. Certificate of Organization of S.W.A.T., LLC.

3. Certificate of Trademark Registration of S.W.A.T. Security Watch Alert Team, LLC.

4. Application for licensure as a security guard agency submitted on behalf of S.W.A.T. Security Watch Alert Team.

5. Letter from the Private Investigator and Security Guard Licensing Board to S.W.A.T. Security Watch Alert Team dated November 19, 2013 regarding the application for licensure.

6. Certificate of Amendment of S.W.A.T., LLC.

7. Articles of Amendment of S.W.A.T., LLC.

8. Certificate of Trademark Registration for MYPRIVATEPOLICE MY PRIVATE POLICE.

9. Letter from Art Small to Kerri Reed, Indiana Professional Licensing Agency, dated March 16, 2015.

10. Letter from Kenneth L. Heiny to the Indiana Professional Licensing Board dated March 20, 2015.

11. Transcript of the 30(b)(6) deposition of Security Watch Alert Team, LLC and all deposition exhibits.

12. Transcript of Defendant Derek R. Peterson's deposition and all deposition exhibits.

13. Transcript of Defendant Ed Hutchison's deposition and all deposition exhibits.

14. All pleadings filed in this case.

15. Any and all documents listed on Plaintiff's Exhibit List.

16. Any and all responses to discovery requests.

17. Any and all documents needed for impeachment and/or rebuttal purposes.

                Respectfully Submitted,

                CURTIS T. HILL, JR.,

                Attorney General of Indiana
                Attorney No.: 13999-20

By:    *s/ Mollie A. Slinker*
        Mollie A. Slinker
        Deputy Attorney General
        Attorney No.: 34776-49

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

> Zachary Judson Eichel
> zach@einterzlaw.com
>
> Michael L. Einterz, Sr.
> mike@einterzlaw.com

By:   *s/ Mollie A. Slinker*
        Mollie A. Slinker
        Deputy Attorney General

OFFICE OF THE ATTORNEY GENERAL
Indiana Government Center South
302 W. Washington St., 5th Floor
Indianapolis, IN   46204
Phone:  (317) 233-0878
Fax:     (317) 232-7979
Email:   Mollie.Slinker@atg.in.gov